FILED IN CLERK'S OFFICE
U.S.D.C. - Gainesville

AUG 3 0 2017

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| TONY GUERRA,<br><br>Plaintiff,<br>v.<br><br>KOSWIRE, INC. and SI-TAK RYOO,<br><br>Defendants. | CIVIL ACTION NO.<br><br>2:14-cv-00282-RWS |

## ORDER

Upon application of the parties and upon review of the settlement agreement agreed to by the parties in this action, the Court has reviewed this matter and concludes that the terms of the settlement agreement are the product of arm's length bargaining of qualified counsel and are fair, adequate and reasonable. The Court **GRANTS** the Joint Motion for review and approval of the parties' settlement agreement. This Court hereby **DIRECTS** the Clerk to **ADMINISTRATIVELY CLOSE** this case. The Court retains jurisdiction of this case until all payments due pursuant to the settlement agreement have been made. Upon receipt of the settlement proceeds, the Plaintiffs shall file a stipulation of dismissal with the Court within five days of full performance of the settlement agreement, at which time the Court will dismiss this case with prejudice.

So ORDERED, this 30th day of August, 2017.

_____
HON. RICHARD W. STORY
U.S. DISTRICT COURT JUDGE